IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOSHUA ROLAND FULLER GILLEY, )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:18cv142-WHA
) [WO]
UNITED STATES OF AMERICA, )
)
    Defendant. )

## **ORDER**

On June 21, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and upon consideration of the Recommendation, and in light of Plaintiff's complete failure to respond to court orders or to appear in this action personally or by counsel, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 5) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file financial information pursuant to orders by this court.

Final judgment will be entered separately.

DONE this 11th day of July, 2018.

        /s/   W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE